**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

**DAVID WILLIAM KNARR,**

Plaintiff,

v.

**LINN COUNTY CIRCUIT COURT,**

Defendant(s).

No. 6:26-cv-01292-AP

**ORDER**

AIKEN, District Judge.

This case comes before the Court on a Findings and Recommendation ("F&R") filed by Magistrate Judge Amy Potter. ECF No. 4. Judge Potter recommends that the Complaint be dismissed without leave to amend.

Under the Federal Magistrates Act, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's findings and recommendations, "the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

For those portions of a magistrate judge's findings and recommendations to which neither party has objected, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's

report to which no objections are filed."). Although no review is required in the absence of objections, the Magistrates Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Id.* at 154. The Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court should review the recommendation for "clear error on the face of the record."

No objections have been filed. The Court has reviewed the F&R and finds no error. The Court concurs that leave to amend would be futile. The F&R is ADOPTED and this case is DISMISSED without leave to amend. Final judgment shall be entered accordingly.

It is so ORDERED and DATED this 26th day of August 2026.

/s/Ann Aiken
ANN AIKEN
United States District Judge